1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GONZALES, | CASE NO. 1:11-cv-01588-LJO-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION AND DIRECTING CLERK'S OFFICE TO CHANGE DEFENDANT'S NAME FROM UGWIEZE TO UGWUEZE |
| v. | |
| DR. GODWIN UGWUEZE, | (Doc. 11) |
| Defendant. | |

_____/

Plaintiff Steven Gonzales, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 20, 2011.  On September 10, 2012, Plaintiff filed a motion seeking to correct the spelling of Defendant's last name from Ugwieze to Ugwueze.

Plaintiff's motion is HEREBY GRANTED and the Clerk's Office shall change its records to reflect that the correct spelling of Defendant's last name is Ugwueze.


IT IS SO ORDERED.

**Dated:   December 5, 2012**                           **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

1