# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GONZALES,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. GODWIN UGWUEZE,<br><br>        Defendant.<br>_____/ | CASE NO. 1:11-cv-01588-LJO-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL, WITHOUT PREJUDICE, AND REQUIRING PARTIES TO MEET AND CONFER WITHIN TWENTY DAYS REGARDING DISCOVERY DISPUTE<br><br>(Doc. 24) |

      Plaintiff Steven Gonzales, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 20, 2011. On June 10, 2013, Plaintiff filed a motion to compel a further response to interrogatory 20. Plaintiff sought Defendant's work history from 1984 through 2004 and Defendant provided a response for 1984 through 2001. Plaintiff seeks a response for the period of 2002 through 2004.

      While the parties were relieved by order of the requirement that they meet and confer in a good faith effort to resolve discovery disputes prior to seeking relief from the Court, voluntary compliance with the requirement was nonetheless encouraged and this is precisely the type of dispute which is amenable to resolution without Court intervention. Fed. R. Civ. P. 37(a)(1). (Doc. 16.) Therefore, Plaintiff's motion shall be denied without prejudice and the parties are required to meet and confer via letter in a good faith effort to resolve this dispute. Plaintiff is required to initiate the resolution attempt by mailing Defendant's counsel a letter within **twenty days** setting forth the relief he requests with respect to the interrogatory response. Defendant shall respond within **twenty days** of receipt of Plaintiff's letter. Given the nature of the dispute, the Court anticipates it will be resolved without the Court's further involvement.

Accordingly, Plaintiff's motion to compel, filed on June 10, 2013, is HEREBY DENIED, without prejudice, and within **twenty (20) days** from the date of service of this order, the parties are ORDERED to meet and confer by letter in an effort to resolve the dispute, in compliance with the terms set forth above.

IT IS SO ORDERED.

**Dated:   June 12, 2013**                              /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE