# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. GODWIN UGWUEZE,<br><br>    Defendant. | Case No. 1:11-cv-01588-LJO-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COPY OF OBJECTIONS TO PLAINTIFF AND REQUIRING HIM TO RETURN SIGNED OBJECTION WITHIN FIFTEEN DAYS<br><br>(Doc. 36) |

Plaintiff Steven Gonzales, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 20, 2011. This action is proceeding against Defendant Ugwueze for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment of the United States Constitution.

On February 10, 2014, Plaintiff filed unsigned objections to the findings and recommendations filed on January 21, 2014. The Clerk's Office is HEREBY DIRECTED to send Plaintiff a courtesy copy of his unsigned objections, and Plaintiff SHALL sign and return the objections within **fifteen (15) days** from the date of service of this order. If Plaintiff fails to do so, his objections will not be considered. Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated:   **February 12, 2014**          /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE